| | |
|---|---|
| 1 | **GRAYLIN C. WARD, GA.SBN 736855** |
| 2 | **WARD LAW OFFICE** |
| 3 | 27 East Broad Street |
| 4 | Newnan, Georgia 30263 |
| 5 | (770) 251-1289 |
| 7 | Attorney for Plaintiff Jason Robinson |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBINSON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO HOTEL PARTNERS d/b/a EMBASSY SUITES, EMBASSY SUITE BY HILTON, EMBASSY SUITE MANAGEMENT, LLC, JOHN DOE AND ABC CORPORATION<br><br>　　　　Defendants. | No.: 2:19-CV-00075-JAM-EFB<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41 (a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: January 15, 2020

　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE